Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine, Esq. (SBN 342060)
blevine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MITCHELL; and K.M., a minor by and through her Guardian ad Litem DANIEL DWIGHT GRAHAM, both individually and as successors in interest to Decedent KENNETH EARL MACKEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BARSTOW; NATHANIEL ARIAS; and DOES 2-10, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01014-MWF-KKx<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

**TO THE HONORABLE COURT:**

Plaintiffs DENISE MITCHELL and K.M., by and through her Guardian ad Litem DANIEL DWIGHT GRAHAM ("Plaintiffs"), and Defendants CITY OF BARSTOW and NATHANIEL ARIAS ("Defendants"), by and through their respective attorneys of record, hereby inform the Court of their settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize their settlement, and stipulate as follows:

WHEREAS, the parties have reached an agreement to settle the entire case.

WHEREAS, this case involves a minor plaintiff, K.M., who will need to file a petition for approval of the compromise of her claims with this Court.

WHEREAS, the parties request that all dates and deadlines be vacated, including the trial date, based on the parties' settlement of the entire action.

WHEREAS, the parties further request that the Court maintain jurisdiction over this action for ninety (90) days to allow time for the minor plaintiff, through her guardian ad litem, to select annuity proposals and file her petition, to allow time for this Court to consider the minor's compromise petition, and to allow time for the parties to consummate the terms of the settlement, including payment of the settlement funds.

WHEREAS, based on the above, good cause exists for granting the parties' stipulation.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

1  Dated: December 18, 2023               LAW OFFICES OF DALE K. GALIPO

                                          By:  /s/ Benjamin Levine_____
                                              Dale K. Galipo
                                              Benjamin S. Levine[1]
                                              Attorneys for Plaintiffs



   Dated: December 18, 2023               DEAN GAZZO ROISTACHER LLP

                                          By: ___/s/ Heather Paradis_____
                                              Mitchell Dean
                                              Heather Paradis
                                              Attorneys for Defendants

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.