# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MITCHELL, et al.<br><br>PLAINTIFF(S),<br><br>v.<br><br>CITY OF BARSTOW, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:22−cv−01014−MWF−KKx<br><br>**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |

To: All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon.   David T. Bristow  , Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:   5:22−cv−01014−MWF−DTBx  . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

 March 12, 2024 
Date

By:  /s/ *Carlos Brizuela* 
Deputy Clerk

G−74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER