Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine, Esq. (SBN 342060)
blevine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MITCHELL; and K.M., a minor by and through her Guardian ad Litem DANIEL DWIGHT GRAHAM, both individually and as successors in interest to Decedent KENNETH EARL MACKEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BARSTOW; NATHANIEL ARIAS; and DOES 2-10, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01014-MWF-DTBx<br><br>**JOINT STATUS REPORT RE: SETTLEMENT AND STIPULATION AND REQUEST TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE DISMISSAL BY 90 DAYS**<br><br>*[Proposed] Order submitted concurrently herewith.* |

1

JOINT STATUS REPORT RE SETTLEMENT AND STIPULATION TO CONTINUE OSC HEARING

**TO THE HONORABLE COURT:**

1. WHEREAS, as previously reported to the Court, all parties in this action have reached an agreement to settle the entire case.

2. WHEREAS, following the parties' notice of settlement submitted to the Court, the Court issued an order setting a hearing on an Order To Show Cause Re Dismissal for March 25, 2024 at 11:30 a.m. and vacating all other hearings and deadlines in this case. (Dkt. 46.)

3. WHEREAS, Plaintiffs anticipated filing with the Court a minor's compromise of the claims of the minor Plaintiff K.M., to use K.M.'s settlement proceeds to fund an annuity for K.M. However, it subsequently became clear that there was insufficient time to file the minor's compromise with the court, and, following the anticipated approval of such minor's compromise, secure the issuance of Plaintiff K.M.'s settlement proceeds to the administrator of the annuity in the period required by the administrator: one month before K.M.'s eighteenth birthday, which will be on April 4, 2024.

4. WHEREAS, despite the lack of sufficient time to resolve K.M.'s claims through the minor's compromise process, Plaintiffs still seek to use K.M.'s settlement proceeds to fund an annuity for K.M., for K.M.'s long-term benefit, which Plaintiffs' counsel is informed requires that the annuity be established on or after K.M.'s eighteenth birthday on April 4, 2024.

5. WHEREAS, resolution of Plaintiff K.M.'s claims once K.M. attains a majority, unlike resolution of K.M.'s claims through the minor's compromise process, will not require court approval beyond the approval of a stipulated dismissal.

6. WHEREAS, to allow sufficient time for the parties to finalize their settlement, for Plaintiffs to secure the establishment of an annuity for K.M. with K.M.'s settlement proceeds, and for the parties to file with the court a stipulation for dismissal of this action, the parties respectfully request that the Court continue the hearing on the Order To Show Cause Re Dismissal by ninety (90) days.

7. WHEREAS, based on the above, good cause exists for granting the parties' stipulation.

IT IS SO STIPULATED.

Dated: March 18, 2024				LAW OFFICES OF DALE K. GALIPO

						By: /s/ Benjamin S. Levine
						    Dale K. Galipo
						    Benjamin S. Levine[1]
						    Attorneys for Plaintiffs

Dated: March 18, 2024				DEAN GAZZO ROISTACHER LLP

						By: /s/ Heather Paradis
						    Mitchell Dean
						    Heather Paradis
						    Attorneys for Defendants

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.