1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MITCHELL; and K.M., a minor by and through her Guardian ad Litem DANIEL DWIGHT GRAHAM, both individually and as successors in interest to Decedent KENNETH EARL MACKEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BARSTOW; NATHANIEL ARIAS; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01014-MWF-DTBx<br><br>**(PROPOSED) ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE DISMISSAL** |

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the hearing on Order To Show Cause Re Dismissal set for March 25, 2024 at 11:30 a.m. is **CONTINUED** to June 24, 2024 at 11:30 a.m. No other currently scheduled hearings will be affected by this Order.

IT IS SO ORDERED.

Dated:

_____
MICHAEL W. FITZGERALD
United States District Judge