Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine, Esq. (SBN 342060)
blevine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MITCHELL; and K.M., a minor by and through her Guardian ad Litem DANIEL DWIGHT GRAHAM, both individually and as successors in interest to Decedent KENNETH EARL MACKEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BARSTOW; NATHANIEL ARIAS; and DOES 2-10. inclusive,<br><br>Defendants. | Case No. 5:22-cv-01014-MWF-DTBx<br><br>*Honorable Michael W. Fitzgerald*<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>*[Proposed] Order submitted concurrently herewith.* |

1   IT IS HEREBY STIPULATED by and between Plaintiffs Denise Mitchell
2   and Kenya Mackey[1] (collectively "Plaintiffs") and Defendants City of Barstow
3   and Nathaniel Arias (collectively, "Defendants"), by and through their respective
4   attorneys of record, that the above-captioned action be and hereby is dismissed in
5   its entirety, with prejudice, with each party to bear its own costs and attorneys'
6   fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The
7   parties further stipulate and respectfully request that the Court vacate the Order
8   Show Cause Hearing currently scheduled for June 24, 2024 at 11:00 a.m. (Dkt.
9   46, 49.)

Dated: June 4, 2024                LAW OFFICES OF DALE K. GALIPO

                                   By   /s/ Benjamin S. Levine
                                        Dale K. Galipo
                                        Benjamin S. Levine[2]
                                        Attorneys for Plaintiffs

Dated: June 4, 2024                DEAN GAZZO ROISTACHER LLP

                                   By   /s/ Heather Paradis
                                        Mitchell Dean
                                        Heather Paradis
                                        Attorneys for Defendants

---

[1] Plaintiff Kenya Mackey is identified as K.M. in the case caption but has attained a majority during the pendency of this action.

[2] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.