1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MITCHELL; and K.M., a minor by and through her Guardian ad Litem DANIEL DWIGHT GRAHAM, both individually and as successors in interest to Decedent KENNETH EARL MACKEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BARSTOW; NATHANIEL ARIAS; and DOES 2-10. inclusive,<br><br>Defendants. | Case No. 5:22-cv-01014-MWF-DTBx<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1

     Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

     IT IS FURTHER ORDERED that the Order to Show Cause Hearing, previously scheduled for June 24, 2024, at 11:00 a.m., is VACATED.

IT IS SO ORDERED.

DATED: _____         _____

                                 HONORABLE MICHAEL W. FITZGERALD
                                 UNITED STATES DISTRICT JUDGE